RECEIVED

2013 MAR 25  P 3: 49

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**JSC**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Petitioner,<br><br>       v.<br><br>PANFILO ARMAS,<br><br>       Respondent. | **CV 13 1336**<br>No. CV<br><br>[Proposed]<br>ORDER TO SHOW CAUSE WHY<br>INTERNAL REVENUE SERVICE<br>SUMMONS SHOULD NOT BE<br>ENFORCED |

Upon consideration of the United States' Petition to Enforce Internal Revenue Summons and the Declaration in support thereof, the Court finds that the United States has established a *prima facie* case under *United States v. Powell*, 379 U.S. 48 (1964) for enforcement of the Internal Revenue Service summons at issue.

Accordingly, IT IS HEREBY ORDERED that Respondent Panfilo Armas appear before the undersigned United States Magistrate Judge, on the _23_ day of _May_, 2013, at _9:00_ a.m./~~p.m.~~, in Courtroom No. _F_, _15th_Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why Respondent should not be compelled to appear and provide documents and testimony as required by the summons.

//

1   It is further ORDERED that:

2   1.  A copy of this Order, together with the Petition to Enforce Internal Revenue Service

3   Summons and supporting papers, shall be served upon Respondent in accordance with Rule 4 of

4   the Federal Rules of Civil Procedure at least 35 days before the date set for the show-cause

5   hearing;

6   2.  Since the Petition to Enforce Internal Revenue Summons and supporting papers make a

7   *prima facie* showing that the IRS investigation is being conducted for a legitimate purpose, that

8   the inquiry may be relevant to that purpose, that the information sought is not already within the

9   Commissioner's possession, and that the administrative steps required by the Internal Revenue

10  Code have been followed, *see United States v. Powell*, 379 U.S. 48 (1964), the burden has shifted

11  to Respondent to oppose enforcement of the summons;

12  

13  3.  If Respondent has any defense to present or opposition to the Petition, such defense or

14  opposition shall be made in writing, filed with the Clerk and served on counsel for the United

15  States, at least 21 days prior to the date set for the show-cause hearing. The United States may

16  file a reply memorandum to any opposition at least 14 days prior to the date set for the show-

17  cause hearing.

18  4.  At the show-cause hearing, the Court will consider all issues raised by Respondent. Only

19  those issues brought into controversy by the responsive pleadings and supported by an affidavit

20  or declaration will be considered. Any uncontested allegation in the Petition will be considered

21  admitted.

22  **ORDERED** this 4th day of April , 2013, at San Francisco, California.

23

24

25          Jacqueline S. Coly
            UNITED STATES MAGISTRATE JUDGE
26          Jacqueline Scott Corley

27

28

United States v. Panfilo Armas
No. CV
[Proposed] Order                2